THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALICIA MAY DILLON**                                                                          **PLAINTIFF**

**v.**                         **Case No. 4:19-cv-00218-KGB**

**WHITE COUNTY DETENTION CENTER,** *et al.*                       **DEFENDANTS**

## **ORDER**

Before the Court is the status of this case. On September 12, 2022, the Court entered an Order directing plaintiff Alicia May Dillon to show cause by submitting a written filing with the Court on or before September 26, 2022, as to why the Court should not dismiss this case for Ms. Dillon's failure to comply with Local Rule 5.5(c)(2) and the Court's August 6, 2022, Order granting Ms. Dillion's request to extend the deadline by which she could file her Federal Rule of Civil Procedure 26(f) report (Dkt. No. 86). On September 20, 2022, the Clerk of Court notified the Court that its September 12, 2022, Order was returned undeliverable (Dkt. No. 87).

Section 5.5(c)(2) of the *Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas* requires *pro se* plaintiffs to keep track of their case and apprise the Court of any address change. Specifically, it states:

> ***It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.*** A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Local Rule 5.5(c)(2) (emphasis added).

Given Ms. Dillon's non-compliance with Local Rule 5.5(c)(2), the Court dismisses without prejudice this case.

It is so ordered this 26th day of September, 2022.

_____
Kristine G. Baker
United States District Judge